IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. CCB-08-0142 |
| | : | |
| DAVID WILBERT SHANTON, SR. | : | |

...o0o...

# **ORDER**

For the reasons stated in open court today following an evidentiary hearing, the defendant's Motion to Suppress Statements to Government Agent is **Denied**.

**SO ORDERED** this  20th  day of August, 2008.

                                                   /s/
                                           Catherine C. Blake
                                           United States District Judge