## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>CATHERINE C. BLAKE<br>UNITED STATES DISTRICT JUDGE | U.S. COURTHOUSE<br>101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-3220<br>Fax (410) 962-6836 |

August 20, 2008

George Hazel, Esquire
Assistant U.S. Attorney
36 S. Charles Street
Fourth Floor
Baltimore, MD 21201

Deborah L. Boardman, Esquire
Assistant Federal Public Defender
100 South Charles Street
Tower II, Suite 1100
Baltimore, MD 21201

      Re:    United States of America v. David Shanton, Sr.
                  Criminal No. CCB-08-0142

Dear Counsel:

      As we discussed today, the trial in this case has been **Postponed**, so that defense counsel may investigate certain DNA evidence the government proposes to introduce at trial. A status report on the DNA issue is due by **September 15, 2008**.

      Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                    Sincerely yours,

                                    /s/

                                  Catherine C. Blake
                                  United States District Judge