

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

| | | |
|---|---|---|
| *Rod J. Rosenstein* | *36 South Charles Street* | *DIRECT: 410-209-4997* |
| *United States Attorney* | *Fourth Floor* | *MAIN: 410-209-4800* |
| | *Baltimore, Maryland 21201* | *FAX: 410-962-3124* |
| *George Hazel* | | *TTY/TDD: 410-962-4462* |
| *Assistant United States Attorney* | | *George.Hazel@usdoj.gov* |

September 15, 2008

VIA ECF
Honorable Catherine C. Blake
United States District Court
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    United States v. David Shanton, Sr.
              Criminal No. CCB-08-0142

Dear Judge Blake:

      I write on behalf of both parties to provide a status report in this case.  Ms. Boardman and I have exchanged proposals regarding DNA-related discovery and the government is consulting with its FBI laboratory to see which additional items in defendant's revised discovery requests can be produced.  We respectfully request permission to file an additional status report on or before September 19, 2008 to notify the Court if we have been able to reach a resolution or if it will be necessary for the Court to establish a motions schedule.

      Thank you for your consideration of this matter.

              Very truly yours,


              /s/
              George J. Hazel
              Assistant United States Attorney

cc:    Deborah Boardman, AFPD