

U.S. Department of Justice

*United States Attorney*
*District of Maryland*
*Northern Division*

*Rod J. Rosenstein*
*United States Attorney*

*George Hazel*
*Assistant United States Attorney*

*36 South Charles Street*
*Fourth Floor*
*Baltimore, Maryland 21201*

DIRECT: 410-209-4997
MAIN: 410-209-4800
FAX: 410-962-3124
TTY/TDD: 410-962-4462
George.Hazel@usdoj.gov

September 19, 2008

<u>VIA ECF</u>
Honorable Catherine C. Blake
United States District Court
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    <u>United States v. David Shanton, Sr.</u>
               Criminal No. CCB-08-0142

Dear Judge Blake:

    I write on behalf of both parties to provide a status report in this case. The parties have reached an agreement on DNA-related discovery. Production of the agreed upon materials will be made by the government on or before October 3, 2008. We respectfully request permission to file an additional report on or before October 24, 2008. This will allow time for defense counsel and its experts to review the materials and also accounts for my imminent paternity leave.

    Thank you for your consideration of this matter.

Very truly yours,

/s/
George J. Hazel
Assistant United States Attorney

cc:    Deborah Boardman, AFPD