# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND

NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL:  (410) 962-3962
FAX:  (410) 962-0872

JAMES WYDA　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEBORAH L. BOARDMAN
FEDERAL PUBLIC DEFENDER　　　　　　　　　　　　　　　　　　　　ASSISTANT FEDERAL PUBLIC DEFENDER

January 7, 2009

Honorable Catherine C. Blake
United States District Court
101 West Lombard Street
Baltimore, Maryland 21201

　　　　Re: *United States v. David W. Shanton, Sr.*
　　　　　　Crim. No. CCB-08-0142

Dear Judge Blake:

　　　　I write in response to the Court's December 31, 2008 Order regarding the trial schedule in this matter. Counsel is prepared to start trial on March 23, 2009. Counsel will not be filing any pretrial motions relating to DNA evidence.

　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　Deborah L. Boardman
　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

cc: George Hazel, AUSA